UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RABIHAH S. L., <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br> Defendant. | Case No. 2:24-cv-10074-DTB <br><br><br> **J U D G M E N T** |

In accordance with the Order Remanding Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this action is remanded for further proceedings.

DATED: October 10, 2025

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1